IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CARRIE ALLEN SPECK, ET AL.                                                    PLAINTIFFS

V.                                        CAUSE NUMBER: 2:08CV95  MPM-SAA

DESOTO COUNTY, MISSISSIPPI, ET AL.                                DEFENDANTS

*CONSOLIDATED WITH*
JOHN ANDREW MANNING                                                    PLAINTIFF

V.                                        CAUSE NUMBER: 2:10CV51 MPM-SAA

DESOTO COUNTY, MISSISSIPPI, ET AL.                                DEFENDANTS

ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the

process of being settled.   Therefore, it is not necessary that the actions remain upon the calendar

of the court.

It is ORDERED that the action is DISMISSED without prejudice.  The court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that

settlement has not been completed and further litigation is necessary.

This the 15th day of May, 2013.

/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI