# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**CARRIE ALLEN SPECK,** *et al.*            **PLAINTIFFS**

**VS.**            **CAUSE NO.: 2:08-CV-00095-P-A**

**DESOTO COUNTY, MISSISSIPPI,** *et al.*            **DEFENDANTS**

*CONSOLIDATED WITH*

**JOHN ANDREW MANNING**            **PLAINTIFF**

**VS.**            **CAUSE NO.: 2:10CV051-B-A**

**DESOTO COUNTY, MISSISSIPPI,** *et al.*            **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendants, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that these consolidated actions shall be, and the same are hereby dismissed ***with prejudice***, with all parties to bear their own costs.

Submitted on this, the 19th day of July, 2013.

/s/ *Philip A. Stroud*            /s/ *Jeff Allen*

Philip A. Stroud (Bar No. 99401)      R. Jeff Allen (Bar No. 10593)
philip@stroudlawyers.com      rjallen@huntross.com
THE STROUD LAW FIRM, P.C.      HUNT ROSS & ALLEN
5779 Getwell Road, Ste. C-1      P.O. Box 1196
Southaven, MS 38672      Clarksdale, MS 38614
Telephone: (662) 536-5656      662-627-5251 (telephone)
***Attorneys for Plaintiffs***      ***Attorney for Defendants***